IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CV-692-F

| | |
|---|---|
| FERNANDEZ COMMUNITY CENTER, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TOSHIBA BUSINESS SOLUTIONS (USA), INC., and DE LAGE LANDEN FINANCIAL SERVICES, INC. d/b/a TOSHIBA FINANCIAL SERVICES, <br><br> Defendants. | **ORDER** |

The court has been notified that the parties have reached a settlement in this matter. Accordingly, this action is DISMISSED without prejudice to either party to file a motion to reopen should settlement not be consummated on or before November 2, 2015. Unless a party files a motion to reopen, counsel are DIRECTED to file their Joint Stipulation of Dismissal on or before that date.

SO ORDERED.

This, the 31ˢᵗ day of August, 2015.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge